UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT PIPER,

        Plaintiff,        Case No. 16-11251

v.        Hon. David M. Lawson

NORTHEASTERN ASSET
RECOVERY GROUP, INC.,

        Defendant.
_____/

## DEFAULT JUDGMENT

In accordance with the order entered on this date,

It is **ORDERED AND ADJUDGED** that plaintiff Scott Piper shall recover from defendant Northeastern Asset Recovery Group, Inc. damages in the amount of $1,000, attorney's fees in the amount of $2,792.50, and costs in the amount $469 for a total amount of $4,261.50.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: May 31, 2016

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 31, 2016.

        s/Susan Pinkowski
        SUSAN PINKOWSKI